**United States District Court**
For the Northern District of California

1
2
3
4          **E-FILED on**  4/20/12
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10          SAN JOSE DIVISION
11
12   TRACEY THOMPSON,                          No. 11-5254 RMW
13          Plaintiff,
                                              ORDER DISMISSING COMPLAINT WITH
14   v.                                        LEAVE TO AMEND AND DEFERRING
                                              DECISION ON MOTION FOR LEAVE TO
15   MANAGER OF LIVE 105.3 RADIO,              FILE IN FORMA PAUPERIS
16          Defendant.                         **[Re Docket Nos. 1, 2]**
17
18
19          On October 28, 2011, plaintiff Tracey Thompson ("plaintiff"), proceeding *pro se*, filed a one-
20   page, handwritten complaint against the "Manager of Live 105.3 FM Radio" alleging claims related
21   to "death threats" made by radio disc jockeys and the purported theft of the "advertising slogan
22   called Surround Sound."  Dkt. No. 1.  Plaintiff simultaneously filed a motion for leave to proceed *in
23   forma pauperis*.  *See* Dkt. No. 2.
24          An *in forma pauperis* complaint is subject to mandatory screening by the court.  *See Lopez v.
25   Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc).  Pursuant to 28 U.S.C. § 1915(e)(2)(B), such a
26   complaint must be dismissed *sua sponte* if the court determines that it is "frivolous," or "fails to state
27   a claim on which relief may be granted."  *See Lopez*, 203 F.3d at 1127; *see also Calhoun v. Stahl*,
28

1   254 F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are

2   not limited to prisoners." (citation omitted)).

3       In this case, plaintiff's brief complaint fails to state any constitutional or statutory ground for

4   relief, nor does it allege any basis for this court's jurisdiction.  In addition, it fails to include

5   sufficient factual matter to state a plausible claim.  *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949

6   (2009); *Barren v. Harrington*, 152 F.3d 1193, 1195 (9th Cir. 1998) (affirming dismissal under

7   Section 1915 because plaintiff's third amended complaint "offered no more than conclusory

8   allegations that the defendants were involved in a conspiracy to deprive him of his constitutional

9   rights").

10      Accordingly, the court dismisses plaintiff's complaint with leave to amend.  If plaintiff

11  wishes to file an amended complaint including additional facts explaining the nature of defendant's

12  alleged misconduct and a statutory or constitutional basis for relief, she must do so within thirty days

13  of the date of this order.  The court defers a decision on plaintiff's motion for leave to file *in forma*

14  *pauperis* until it determines whether she can state a plausible claim for relief.

15      It is so ordered.

16

17  DATED:        4/20/12

18                                          RONALD M. WHYTE
                                            United States District Judge

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND DEFERRING DECISION ON MOTION FOR
LEAVE TO FILE IN FORMA PAUPERIS
No. 11-5254 RMW
EDM                                       2