**E-FILED on** 5/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACEY THOMPSON, | No. 11-5254 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| MANAGER OF LIVE 105.3 RADIO, | |
| Defendant. | |

On May 24, 2012, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of her complaint and that judgment be entered in favor of defendant.

DATED: May 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 11-5254 RMW
EDM